FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-65M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |
| v. | |
| DAVID WILKERSON | |
| Defendant. | |

    In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.    [X]    the appearance of the defendant as required; and/or

    B.    [X]    the safety of any person or the community.

1   The Court concludes that :

2   A.   (X)   Defendant failed to present clear and convincing evidence to
3            establish that Defendant is not a risk of flight because:

5   _Xhum e Prrmni nuutru_____

9   B.   (X)   Defendant failed to present clear and convincing evidence to
10           establish that Defendant does not pose a risk to the safety of other
11           persons or the community because:

12  _Pmr Sr Viol_____

17       IT IS ORDERED that defendant be detained.

19  DATE: 1/14, 2013

21       HON. MICHAEL R. WILNER
         UNITED STATES MAGISTRATE JUDGE

2